1  Abran E. Vigil
   Nevada Bar No. 7548
2  Holly Ann Priest
   Nevada Bar No. 13326
3  Joseph P. Sakai
   Nevada Bar No. 13578
4  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
5  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
6  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
7  priesth@ballardspahr.com
   sakaij@ballardspahr.com
8
   *Attorneys for Plaintiff JPMorgan*
9  *Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association, | Case No. 2:16-cv-01839-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: DEMAND FOR SECURITY COSTS** |
| SBW INVESTMENT LLC, a Utah limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TIMBER CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EDUARDO A. PALANG, JR, an individual; VIVIAN KIM, an individual, | |
| Defendants. | |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and defendant SFR Investments Pool 1, LLC ("SFR," and collectively with Chase, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to allow entry of an order for the deposit of a check in the amount of $500.00 by Chase with the Clerk of the Court in compliance with NRS 18.130. On August 29, 2016, SFR filed and served a Demand for Security Costs Pursuant to NRS 18.130(1) [ECF No. 11]. In compliance

DMWEST #14605427 v1

with the statute, the Parties stipulate for an order permitting the deposit of $500.00 pursuant to NRS 18.130.

The Parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise plead to the Complaint within 10 days of notice that the funds have been deposited with the Court.

Dated: this 31st day of August, 2016.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Holly Ann Priest <br> Abran E. Vigil, Esq. <br> Nevada Bar No. 7548 <br> Holly Ann Priest <br> Nevada Bar No. 13226 <br> Joseph P. Sakai <br> Nevada Bar No. 13578 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 <br><br> *Attorneys for JPMorgan Chase Bank, N.A.* | /s/ Diana Cline Ebron <br> Diana Cline Ebron <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert <br> Nevada Bar No. 10593 <br> Karen L. Hanks <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89014 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

# ORDER

**FOR GOOD CAUSE APPEARING**, and based upon the foregoing stipulation:

**IT IS HEREBY ORDERED** that, pursuant to NRS 18.130, Chase shall deposit with the Clerk of the Court $500.00.

**IT IS HEREBY FURTHER ORDERED**, that, pursuant to NRS 18.130, Chase shall notify SFR of the deposit, and SFR shall have ten (10) days from the date of such notice to answer or otherwise plead to the Complaint.

_____
U.S. DISTRICT COURT JUDGE
Dated: September 2, 2016

Respectfully submitted,

BALLARD SPAHR LLP


/s/ Holly Ann Priest
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
Joseph P. Sakai
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000

*Attorneys for JPMorgan Chase Bank, N.A.*