Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13326
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
priesth@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SBW INVESTMENT LLC, a Utah limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TIMBER CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EDUARDO A. PALANG, JR, an individual; VIVIAN KIM, an individual,<br><br>Defendants. | Case No. 2:16-cv-01839-GMN-PAL<br><br>**ORDER EXTENDING TIME TO SERVE SUMMONS AND COMPLAINT** ~~AND PERMITTING SERVICE BY PUBLICATION~~ |

Plaintiff JPMorgan Chase Bank, N.A., filed its *Ex Parte Application for Order Extending Time to Serve Summons and Complaint* on **November 3, 2016.** Having reviewed the Application, all relevant papers and pleadings on file, and good cause appearing.

IT IS HEREBY ORDERED that the Application is GRANTED.

DMWEST #14989283 v1

IT IS FURTHER ORDERED that the deadline for Plaintiff to serve its summons and complaint on Defendant Vivian Kim is extended to January 2, 2017.

Dated: November 9, 2016

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

BALLARD SPAHR LLP

/s/ *Joseph P. Sakai*
Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
Joseph P. Sakai
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

DMWEST #14989283 v1

2