Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SBW INVESTMENT LLC, a Utah limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TIMBER CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; EDUARDO A. PALANG, JR., an individual; VIVIAN KIM, an individual,<br><br>Defendants. | Case No. 2:16-cv-01839-GMN-PAL<br><br>**ORDER GRANTING MOTION TO SERVE EDUARDO A. PALANG, JR. BY PUBLICATION**<br><br>-and-<br><br>**ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; EDUARDO A. PALANG, JR., an individual; and VIVIAN KIM, an individual,<br><br>Counter/Cross Defendants. | |

Upon reading the Affidavit of Due Diligence [ECF No. 40]; it appearing that an Answer,

- 1 -

1  Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, EDUARDO A. PALANG, JR. ("Palang") has been issued [ECF No. 25]; that Cross-Defendant, Palang is a necessary party; and that Cross-Defendant Palang cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, EDUARDO A. PALANG, JR., cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation, pursuant to FRCP 4(e)(1) and NRCP 4(e)(1).

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Palang, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 15th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 2 -