ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9310
Facsimile:  (702) 255-2858
E-Mail: rlarsen@grsm.com
          wwong@grsm.com

*Attorneys for Timber Creek Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. a national banking association, | Case No.:   2:16-cv-01839-GMN-PAL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SBW INVESTMENT LLC, a Utah limited liability company; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TIMBER CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit-corporation; EDUARDO A. PALANG, JR., an individual; VIVIAN KIM, an individual, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross-Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A. a national banking association; EDUARDO A. PALANG, JR., an individual; and VIVIAN KIM, an individual, | |
| Counter/Cross-Defendant, | |

Timber Creek Homeowners' Association ("Timber Creek") hereby gives notice that

Plaintiff JPMorgan Chase Bank, N.A., SFR Investments Pool 1, LLC, and Timber Creek has

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV  89101*

reached an agreement to settle all claims as between them. The Parties are preparing settlement documents and mutual releases which will include a Stipulation for Dismissal with Prejudice.

Timber Creek anticipates that the documentation and settlement should be complete within the next sixty (60) days.

DATED this <u>6th</u> day of June, 2018.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Wing Yan Wong
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Timber Creek Homeowners Association*

**IT IS ORDERED** that the settling parties shall have until **August 6, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: June 7, 2018

Peggy A. Leen
United States Magistrate Judge

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of June, 2018, and pursuant to Fed. R. Civ.

Pro. 5, I served via CM/ECF and/or deposited for mailing in the U. S. Mail, a true and correct

copy of the foregoing **NOTICE OF SETTLEMENT** was served upon those persons designated

by the parties in the E-Service Master List upon the following:

Joel E. Tasca, Esq.
Sylva O. Semper, Esq.
Kyle A. Ewing, Esq.
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
*Attorneys for Plaintiff/Counter/Cross-Defendant JPMorgan Chase Bank, N.A.*

Diana Cline Ebron, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**VIA U.S. MAIL**
Vivian Kim
363 8th Ave. SW
Federal Way, WA 98023
*Defendant/Counter/Cross-Defendant*

**VIA U.S. MAIL**
Eduardo A. Palang, Jr.
5217 Evergreen Meadow Avenue
Las Vegas, NV 89130
*Defendant/Counter/Cross-Defendant*

/s/ Andrea Montero
An Employee of GORDON REES SCULLY
MANSUKHANI, LLP