UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br>v.<br>SBW INVESTMENT LLC, et al.,<br><br>    Defendants. | Case No. 2:16-cv-01839-GMN-PAL<br><br>ORDER<br><br>(Stip to Stay – ECF No. 61)<br>(Stip to Amend – ECF No. 62) |

Before the court is the parties' Stipulation and Order to Stay Entire Case Pending Settlement (ECF No. 61), Stipulated Motion to Amend Scheduling Order (ECF No. 62), and the parties' Joint Status Report Regarding Notice of Settlement (ECF No. 64) (ECF No. 65).

On March 8, 2018, the parties requested a stay because they had "come to an agreement and were in the process of finalizing their settlement." *See* Stipulation to Stay (ECF No. 61). On June 6, 2018, the parties submitted the third request to amend the scheduling order and extend the dispositive motion and joint pretrial order deadlines by 90 days because they had reached a settlement and agreed to resolve the matter. *See* Stipulation to Amend (ECF No. 62). That same day, defendant Timber Creek Homeowners Association ("Timber Creek") filed a Notice of Settlement (ECF No. 63) indicating that a settlement had been reached with plaintiff, and requesting 60 days to finalize documents. The court entered an Order (ECF No. 63) giving plaintiff and defendant Timber Creek until August 6, 2018, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation would be filed. Plaintiff and defendant Timber Creek filed a Joint Status Report (ECF No. 65) asking for an additional 90 days to "address issues that have recently arisen related to Timber Creek's position." The parties do not indicate that they have executed a settlement agreement or inform the court of any issues preventing final resolution of this case.

This case has been pending since August 3, 2016. Discovery closed May 7, 2018. The deadline for filing dispositive motions expired before the parties filed their stipulation to stay the case on March 8, 2018 to finalize their settlement. The parties have now had more than 5 months to finalize their settlement, if indeed one has been reached. The court will not give the parties and indefinite while they attempt to resolve unidentified issues. The court will give the parties a final 90-day extension to file a stipulation to dismiss with prejudice or their joint pretrial order. Once the pretrial order is filed a trial date will be set, and the case will either be tried or settled by the trial date set by the district judge. No further extensions will be allowed. Any request for relief from this order must be directed to the district judge.

Accordingly,

**IT IS ORDERED** that:

1. The Stipulation to Stay (ECF No. 61) is **DENIED**;
2. The Stipulation to Extend Time (ECF No. 62) is **DENIED**.
3. The parties shall have a **final** 90-day extension of time, or until **November 20, 2018**, to either file a stipulation to dismiss with prejudice, or the joint pretrial order.
4. No further extensions will be allowed.
5. Any request for relief from this order must be directed to the district judge.

DATED this 22nd day of August, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE